**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                          Case No.: 1:22−cr−00460
                                                                        Honorable Andrea R. Wood

Emil Jones, III

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 23, 2022:

      MINUTE entry before the Honorable Andrea R. Wood as to Emil Jones, III: Initial appearance and arraignment proceedings held on 9/23/2022. With the consent of the Defendant, all parties appear by telephone pursuant to the CARES Act. Defendant Emil Jones, III advised of the charges and penalties available under the law and informed of his rights. After questioning on the record, the Court finds that Defendant is competent to waive his right to proceed by indictment, and that the decision to do so is knowingly and voluntarily made. The Court accepts Defendants waiver of indictment. Enter Waiver of Indictment. The case shall proceed by Information. Defendant acknowledges receipt of the Information, waives formal reading, and enters a plea of not guilty to the charges in the Information. Pursuant to Federal Rule of Criminal Procedure Rule 5(f), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. The Government and defendant agree on conditions of release, which the Court accepts. Defendant released on $10,000 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant is ordered released on bond pending the resolution of this case. Telephonic status hearing set for 11/4/2022 at 9:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Without objection, time will be excluded through and including 11/4/2022 in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to allow reasonable time for investigation and effective pretrial preparation. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.