

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 22 CR 460 |
| EMIL JONES, III | The Honorable Andrea Wood |

# WAIVER OF INDICTMENT

I, Emil Jones, III, the above-named defendant, who is accused of bribery, using a facility in interstate commerce to promote, manage, establish, and carry on an unlawful activity, and making a materially false statement, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on September 23, 2022 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Emil Jones, III
Defendant

Zeke Katz
Reginald Harris
Attorneys for Defendant