UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMIL JONES, III | No. 22 CR 460<br><br>Judge Andrea R. Wood |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The information in this case charges defendant with bribery, in violation of Title 18, United States Code, Section 666(a)(1)(B) (Count 1); use of an interstate facility in furtherance of an unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3) (Count 2); and making a materially false statement, in violation of Title 18, United States Code, Section 1001(a)(2) (Count 3).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                                                Respectfully submitted,

                                                JOHN R. LAUSCH, JR.
                                                United States Attorney

By:  /s/ *James P. Durkin*
       JAMES P. DURKIN
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-6630

Dated: October 25, 2022